UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN CHARLES FERNANDEZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>TIMOTHY BUSBY, Warden,<br><br>　　　　　Respondent. | NO. EDCV 11-01653 VBF (SS)<br><br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 12/26/2012

1-2-13

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE